UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CHERRI ANNE BUNKER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FORD MOTOR COMPANY, ) <br> ) <br> Defendant. ) <br> ) | 2:11-CV-01286-PMP-NJK <br><br> ORDER |

Presently before the Court is Defendant Ford Motor Company's ("Ford") Response to Order to Show Cause and Motion to Seal (Doc. #49/#50), filed on September 17, 2013. Although Ford provides argument of counsel stating that the excerpt of the System Design Specification document is a trade secret, Ford does not provide the Court with any affidavits or other evidence demonstrating that it is in fact a trade secret. The Court therefore will deny Ford's Motion without prejudice for Ford to re-file its Motion along with an affidavit or other supporting evidence no later than October 3, 2013.

Given that the excerpt of the System Design Specification document at issue was delivered to chambers <u>in camera</u> and never was filed in the Court's docket, the Court further will order Ford to file the excerpt of the System Design Specification document under seal in the Court's docket no later than September 25, 2013. If Ford fails to provide evidence that the excerpt of the System Design Specification document is a trade secret by October 3, 2013, the Court will order that the Clerk of Court unseal the document.

IT IS THEREFORE ORDERED that Defendant Ford Motor Company's Response to Order to Show Cause and Motion to Seal (Doc. #49/#50) is hereby DENIED

without prejudice for Ford to re-file its Motion along with an affidavit or other supporting evidence no later than October 3, 2013. Failure to do so will result in the Court unsealing the excerpt of the System Design Specification document.

IT IS FURTHER ORDERED that Defendant Ford Motor Company shall file under seal the excerpt of the System Design Specification document provided to the Court <u>in camera</u> no later than September 25, 2013.

DATED: September 19, 2013

_____
PHILIP M. PRO
United States District Judge

2