UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHERRI ANNE BUNKER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 2:11-CV-01286-PMP-NJK |
| v. ) | |
| ) | |
| FORD MOTOR COMPANY, ) | ORDER |
| ) | |
| Defendant. ) | |

Presently before the Court is Defendant Ford Motor Company's Amended Response to Order to Show Cause and Motion to Seal (Doc. #57/#58), supported by the Affidavit of Mark Taylor, filed on October 3, 2013. Having read and considered Ford's Amended Response to Order to Show Cause and Motion to Seal and the supporting Affidavit of Mark Taylor, and good cause appearing,

IT IS HEREBY ORDERED that Defendant Ford Motor Company's Amended Response to Order to Show Cause and Motion to Seal (Doc. #57/#58) is hereby GRANTED.

IT IS FURTHER ORDERED that the excerpt of the System Design Specification document (Doc. #55) shall remain filed under seal.

DATED: October 4, 2013

_____
PHILIP M. PRO
United States District Judge